**SO ORDERED.**

**SIGNED this 15th day of April, 2013.**



_____
US BANKRUPTCY JUDGE

---

C-13-7a
(Rev. 01/12)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re:<br>Sallie Ann Holloman     SS# xxx-xx-4023<br>399 Harrells Hill Road<br>Mount Olive, NC 28365<br><br>                    Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER CONFIRMING PLAN<br>CHAPTER 13<br><br>Case No. B-12-81899 C13D |

This case came before the Court, after notice and opportunity for hearing, for confirmation of the Chapter 13 plan proposed in this case; and

**THIS ORDER REPLACES THE PREVIOUSLY PROPOSED ORDER**

I.  The Trustee in this case is <u>Richard M. Hutson II</u>, Standing Trustee, <u>Post Office Box 3613, Durham, North Carolina 27702</u>;

II. The attorney for the Debtor(s) is **Lee Laskody**;

III. Under the final plan (the "Plan") as proposed:

   **A.  Plan Payments**

   1. The Debtor(s) is/are to make monthly payments to the Trustee which are to be disbursed by the Trustee in accordance with the Plan and this Order;

   2. The monthly plan payment to the Trustee is **$385.00** beginning **1/25/2013**;

   **B.  Administrative Costs**

   1. **Attorney Fees.** The Attorney for the Debtor(s) is allowed the base fee of **$3,500.00**. The Attorney has received **$0.00** from the Debtor(s) pre-petition and the remainder of the base fee will be paid by the Trustee as funds are available.

   2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

C. **Priority Claims**

Any timely filed claims entitled to priority under 11 U.S.C. §507, on behalf of the entities listed below, will be paid in full in deferred cash payments unless otherwise indicated.

1. Internal Revenue Service
2. North Carolina Department of Revenue
3. Wayne County Tax Collector

D. **Secured Claims**

1. Long-term Debts - To be paid directly by Debtor(s).

| Creditor & Property | Claim Filed (Y/N) | Regular Payment |
|---|---|---|
| One West Bank<br>399 Harrells Hill Road<br>Mount Olive,NC | Y | $1,087.92 |
| One West Bank<br>399 Harrells Hill Road<br>Mount Olive,NC | Y | $242.29<br>Arrears through<br>December, 2012 |

2. Secured Claims To Be Paid In Full - Real Property

| Creditor & Property | Claim Filed (Y/N) | Amount of claim | Monthly Payment | Interest Rate |
|---|---|---|---|---|
| Wayne County<br>Tax Collector<br>399 Harrells Hill Road<br>Mount Olive, NC | Y | $810.73 | The debt due Wayne County Tax Collector for real property taxes are to be paid through the debtors' escrow account maintained by mortgage holder. | |

3. Partially Secured Claims - Real Property and Personal Property

*Any objection to value is required to be filed as a formal objection to valuation not later than 60 days from the date of the entry of this Order.*

| Creditor & Property | Claim Filed (Y/N) | Claim Amount | Secured Amount and Value | Monthly Payment | Interest Rate | AP Payment |
|---|---|---|---|---|---|---|
| BB&T<br>2008 Mazda<br>t/e 1/16/09 | Y | $14,999.27 | $13,500.00 | $258.00 | 5.25% | $0.00 |
| Capital One<br>2008 Kawasaki ATV | Y | $6,394.95 | $3,500.00 | $86.18 | 5.25% | $0.00 |
| The claim of Capital One is allowed as unsecured since a copy of the certificate of origin showing a properly perfected lien on the debtor's(s') ATV was not filed and said creditor shall have 180 days from the date of the Order to file a copy of the certification of title showing a perfected lien with the Court. If proof of a properly perfected lien is not timely filed, upon successful completion of the plan, the creditor shall cancel its lien. When a proof of a properly perfected lien is filed, the Standing Trustee shall pay the claim as secured at 5.25% interest or the contract rate, whichever is lower. | | | | | | |

E. **General Unsecured Claims Not Separately Classified.**

General unsecured claims not separately classified will be paid as funds become available after payment of costs of administration. The estimated dividend to general unsecured claims is **1%**.

F.  Special Provisions

   **FORD CREDIT**
   **The judgment(s) obtained by Ford Credit and all other judgments obtained by creditors unless listed and allowed above as secured claims, shall be paid as unsecured claims when such claims are timely filed. The debtor(s) upon successful completion of the plan shall be personally discharged from the balance due under any judgment; such judgments shall not be a lien, as of the petition date, on any future real property or assets acquired by the debtor(s).**

G.  The Debtor(s) will pay **THE GREATER OF** the amount necessary to pay all allowed costs of administration, priority and secured claims in full, with the exception of continuing long term debts, **OR** a **minimum** of **60** monthly plan payments, with the plan to be reviewed in six (6) months and periodically thereafter for plan payment adjustments;

H.  The terms and provisions of the Standing Order dated **February 24, 2012**, are incorporated in this Order and are available on the Court's website at **www.ncmb.uscourts.gov.**

I.  **IT FURTHER APPEARING** to the Court that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

**ORDERED** that the Plan is confirmed.

## END OF DOCUMENT

```
RICHARD M. HUTSON, II
STANDING TRUSTEE
P.O. BOX 3613
DURHAM, NC 27702-3613
```